DWIGHT SCHOOL OF ENGLEWOOD, NEW JERSEY, APPELLANT, v. STATE BOARD OF TAX APPEALS AND THE CITY OF ENGLEWOOD, RESPONDENTS.

Submitted May 29, 1936—Decided October 2, 1936.

For the appellant, *Thomas G. Haight, John A. Hartpence* and *Charles W. Hulst.*

For the respondents, *F. Hamilton Reeve.*

PER CURIAM.

Examination of the proofs taken in this case leads us to the conclusion that it is controlled by the decision of this court in *Carteret Academy* v. *State Board,* 104 *N. J. L.* 165, and, the Supreme Court so ruling, the judgment is affirmed, in the opinion of Mr. Justice Heher in that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.  13.

*For reversal*—None.